# Court of Appeals
# of the State of Georgia

ATLANTA,   March 14, 2014

*The Court of Appeals hereby passes the following order:*

**A13A2034. PERSONNEL OPTIONS, et al. v. DAVIS**

We granted the appellant's application for discretionary review in this case based on the limited information available to us in the application so that we could review the contentions with the benefit of a complete appellate record.

Upon consideration of the entire record in the matter, it is hereby ordered that the appeal is DISMISSED as having been improvidently granted.



*Court of Appeals of the State of Georgia*
         *Clerk's Office, Atlanta,* 03/14/2014
         *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
             *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*